UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MATT SACHDEVA

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 JUL 31 P 1:35

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

TESLA, INC.
SAMSUNG ELECTRONICS
CO. LTD — SOUTH KOREA

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              MATT SACHDEVA
            Street Address    38 SEMEL AVE
            County, City      MIDDLESEX COUNTY, ISLEIN
            State & Zip Code  NJ # 08830
            Telephone Number  +1928 546 3784

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __TESLA, Inc.__
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

Defendant No. 2    Name __SAMSUNG ELECTRONICS CO. LTD__
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [✓] Federal Questions            [✓] Diversity of Citizenship
    [ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __VIOLATIONS of US Patent laws (Title 35), Defend Trade Secrets Act (18 U.S.C § 1836), U.S. Constitution - Due process Clause, and obstruction of licensing rights under USPTO review__

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __ISLEIN, NJ, Middlesex county__

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __NJ (Plaintiff residence), Washington DC, TEXAS, SEOUL, SOUTH KOREA__

B. What date and approximate time did the events giving rise to your claim(s) occur? __MARCH 25, 2025 and July 31 2025 - ongoing__

C. Facts: I am the original inventor of a breakthrough NEURAL VEHICLE COMMAND INTERFACE (NVCI). This technology was filed with USPTO MARCH 25, 26, June 3 2025.

USPTO informed me this patent is currently under USPTO legal licensing team review for NATIONAL SECURITY REVIEW — but defendants moved forward, ignoring the active patent status. Violating my constitutional and statutory right.

35 US Code §271

18 US Code §1836 Economic Espionage throughout advantage during pending federal review.

- 3 -

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have suffered extreme emotional distress, mental exhaustion, reputational damage due to unauthorized usage and replication of my NVCI, IP by the defendant. The stress of financial loss, public misrepresentation, fear of suppression has deeply impacted my health. No formal medical treatment received.

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I respectfully request the court to grant relief in the form of 200 million USD in compensatory damages for trade secrets, misappropriation, patent theft, emotional distress, and reputational harm. I also request injunctive relief to prevent the DEFENDANTS from further commercializing & disclosing my IP & request any profits gained from unauthorized use be returned

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 31 day of July, 2025.

Signature of Plaintiff: Matt

Mailing Address: 38 & SEMEL AVE ISLEIN NJ 08830 USA

Telephone Number: +1 928 546 3784

Fax Number *(if you have one)*:

E-mail Address: matt.sachdeva@procuremation.com / procurematims.com

matt.sachdeva@procuremation.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: matt